CLERK'S OFFICE
A TRUE COPY
Sep 24, 2026
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

IN THE MATTER OF THE TRACKING OF
a white Tesla, bearing Wisconsin license plate,
AEB-6163 (Tesla)

Case No. 25-MJ-1303

---

**ORDER TO PUBLISH REDACTED AFFIDAVIT**

---

Upon the motion of the United States Attorney for the Eastern District of Wisconsin, and good cause appearing therefore,

IT IS HEREBY ORDERED, pursuant to Rule 79(d) of the General Local Rules of the United States District Court of the Eastern District of Wisconsin, that that the affidavit supporting the tracking warrant issued in the above-captioned matters be sealed until further order of this Court and the redacted affidavits be published to the docket in its place.

Dated at Milwaukee, Wisconsin this 24th day of September, 2026.

Stephen C. Dries

HONORABLE STEPHEN C. DRIES
United States Magistrate Judge